**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSHUA LUKE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-01618 RWS |
| | ) | |
| MICHAEL SHEWMAKER, et al.,[1] | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

On December 19, 2025, the Court granted self-represented plaintiff Joshua Stevens' motion for leave to proceed in forma pauperis, assessed an initial partial filing fee of $25.67, and ordered him to pay that sum to the Clerk of Court no later than January 11, 2026. [ECF No. 11]. Failure to comply, the Court cautioned, may result in the dismissal of this case without prejudice. *See id.* Although plaintiff filed an amended complaint on January 21, 2026, as well as two additional motions in February of 2026, he did not pay the initial partial filing fee. *See* ECF Nos. 12-14.

Because the deadline to pay the initial partial filing fee has long since passed and plaintiff has not demonstrated an inability pay the fee, the Court orders plaintiff to show cause, no later than Thursday, April 16, 2026, why the Court should not dismiss this action for failure to comply with its last Order. Failure to show cause or otherwise respond will result in the dismissal of this case without prejudice.

Accordingly,

---

[1] Although plaintiff originally filed this action as one brought pursuant to 28 U.S.C. § 2254, he amended his pleading on January 21, 2026, on a Court-provided Prisoner Civil Rights Complaint form indicating that he is pursuing his current claims under 42 U.S.C. § 1983. *See* ECF No. 12.

**IT IS HEREBY ORDERED** that plaintiff shall show cause in writing, **no later than Thursday, April 16, 2026,** why the Court should not dismiss this action for plaintiff's failure to comply with the Court's December 19, 2025 Memorandum and Order requiring him to pay the initial partial filing fee of $25.67.

**IT IS FURTHER ORDERED** that plaintiff's failure to respond to this Order will result in the dismissal of this action, without prejudice.

Dated this 26th day of March 2026.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE