**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSHUA LUKE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-1618 RWS |
| | ) | |
| MICHAEL SHEWMAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

This closed case is before the Court on plaintiff's "Informal Motion to Inform the Court," *see* ECF No. 18, which this Court construes as a motion for reconsideration of the dismissal of this action. Plaintiff's motion will be denied.

This matter was dismissed on April 24, 2026, *see* ECF No. 17, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff failed to timely respond to the Court's Order issued on March 26, 2026, requiring him to show cause why this action should not be dismissed due to his failure to pay his initial partial filing fee of $25.67. [ECF No. 15]. In the "Informal Motion to Inform the Court," plaintiff states that he believes his mother may have paid his initial partial filing fee in January of 2026. [ECF No. 18]. The Court has reviewed the Court's financial records, and it has no record of any payment of plaintiff's initial partial filing fee, whether from him or any other person. As such, plaintiff's request for reconsideration of the dismissal of this action will be denied.[1]

---

[1] In plaintiff's "Informal Motion to Inform the Court" are various assertions about him being "under duress" at the Missouri Department of Corrections because he believes his mail and communications are being intercepted. *See* ECF No. 18. Plaintiff also asserts in a conclusory fashion that he has received "threats" from staff at the Missouri Department of Corrections, and he believes someone has pretended to be him when contacting the Court and the U.S. Marshals Service. Plaintiff also claims that he was

–1–

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Informal Motion to Inform the Court," which this Court construes as a motion for reconsideration of the dismissal of this action, [ECF No. 18] is **DENIED.**

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

**IT IS FURTHER ORDERED** that the Clerk shall not accept any additional motions from plaintiff unless they relate to the filing of an appeal.

Dated this 12th day of June, 2026.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

---

wrongfully convicted of a crime, and he asserts that a person at the Department of Motor Vehicles changed his hair color on his license. The Court will not address these claims. If plaintiff wishes to bring his claims before the Court, he is required to file a new complaint on a Court-provided form in a newly filed prisoner civil rights action.

–2–